## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JOEY AND LILYBETH CALMA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:16-cv-02110-B |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, ELSIE TARVER | § | |
| AND JASON MCLENDON, | § | |
| | § | |
| Defendants. | § | |

### FIRST JOINT STATUS REPORT REGARDING APPRAISAL UMPIRE

Pursuant to the Court's May 25, 2017 Order (the "Order"), Plaintiffs Joey and Lilybeth Calma and Defendant Allstate Vehicle and Property Insurance Company ("Allstate") (together, the "Parties") hereby submit to the Court this First Joint Report Regarding Appraisal Umpire:

Counsel for Plaintiffs chose William Jones of LP Loss Consulting as their appraiser. Counsel for Defendant Allstate chose Tucker Patch of CIS as its Appraiser. The Parties' appraisers have conferred and exchanged views on an umpire. At this time, they have not yet agreed on an impartial umpire for the appraisal in this matter but they continue their efforts to come to an agreement.

Respectfully submitted:

SPEIGHTS & WORRICH

_/s/ Shelly Calhoun (with permission)_____

_FIRST JOINT STATUS REPORT REGARDING APPRAISAL UMPIRE– PAGE 1_

Michelle Calhoun
State Bar No. 24068246
shelly@calhounattorney.com
CALHOUN LAW FIRM
1350 North Loop 1604 East, Suite 104
San Antonio, Texas 78232
Telephone: (210) 863-5534
Facsimile: (210) 495-6790

**ATTORNEY FOR PLAINTIFFS**


And


**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

*/s/ Eric K. Bowers*
Roger D. Higgins
State Bar No.  09601500, IL 6182756
rhiggins@thompsoncoe.com
Eric K. Bowers
State Bar No.  24045538
ebowers@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:     (214) 871-8200
Fax:             (214) 871-8209

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on June 26, 2017, a copy of this document was served to all Counsel of Record via electronic notice and/or certified mail, return receipt requested to:

Shelly Calhoun
CALHOUN LAW FIRM
1350 North Loop 1604 East, Suite 104
San Antonio, Texas 78232
Telephone: (210) 863-5534

T. Cass Keramidas
State Bar No. 24027101
T. CASS KERAMIDAS, P.C.
801 E. Campbell Rd., Suite 355
Richardson, Texas 75081

*/s/ Eric K. Bowers*
Eric K. Bowers