**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOEY AND LILYBETH CALMA, | § | |
|     Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 3:16-cv-02110-B |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY AND JASON | § | |
| MCLENDON, | § | |
|     Defendants. | § | |

## SIXTH JOINT STATUS REPORT REGARDING APPRAISAL

Pursuant to the court's May 25, 2017 Order (the "Order"), Plaintiffs Joey and Lilybeth Calma and Defendant Allstate Vehicle and Property Insurance Company ("Allstate") (together, the "Parties") submit this Sixth Joint Status Report Regarding Appraisal:

The property was inspected on August 3, 2017. The two appraisers verbally agreed on the scope of repairs at the inspection. Allstate's appraiser, Tucker Patch, is awaiting a response on his proposed estimate from Plaintiffs' appraiser, William Jones. Mr. Patch expects that an agreement will reached short of umpire involvement.

                                            Respectfully submitted:

                                            SPEIGHTS & WORRICH

                                            */s/ Shelly Calhoun (with permission)*
                                            Shelly Calhoun
                                            State Bar No. 24068246
                                            shelly@calhounattorney.com
                                            CALHOUN LAW FIRM
                                            1350 North Loop 1604 East, Suite 104
                                            San Antonio, Texas 78232
                                            Telephone: (210) 863-5534
                                            Facsimile: (210) 495-6790
                                            **ATTORNEY FOR PLAINTIFFS**

and

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

*/s/ R. Tate Gorman*
R. Tate Gorman
State Bar No. 24032360
tgorman@thompsoncoe.com
Roger D. Higgins
State Bar No.  09601500, IL 6182756
rhiggins@thompsoncoe.com

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:     (214) 871-8200
Fax:               (214) 871-8209

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on November 28, 2017, a copy of this document was served to all Counsel of Record via electronic notice and/or certified mail, return receipt requested to:

Shelly Calhoun
CALHOUN LAW FIRM
1350 North Loop 1604 East, Suite 104
San Antonio, Texas 78232
Telephone: (210) 863-5534

T. Cass Keramidas
State Bar No. 24027101
T. CASS KERAMIDAS, P.C.
801 E. Campbell Rd., Suite 355
Richardson, Texas 75081

*/s/R. Tate Gorman*
R. Tate Gorman