IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOEY AND LILYBETH CALMA,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-cv-02110 |
| | § | |
| **ALLSTATE VEHICLE AND** | § | |
| **PROPERTY INSURANCE COMPANY,** | § | |
| **ELSIE TARVER AND JASON** | § | |
| **MCLENDON,** | § | |
| | § | |
| Defendants. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Joey and Lilybeth Calma, hereby dismiss with prejudice all claims asserted herein against Defendants Allstate Vehicle and Property Insurance Company, Elsie Tarver and Jason McLendon, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

*/s/ Shelly Calhoun (with permission)*
Shelly Calhoun
State Bar No. 24068246
shelly@calhounattorney.com
CALHOUN LAW FIRM
1350 North Loop 1604 East, Suite 104
San Antonio, Texas 78232
Telephone: (210) 863-5534
Facsimile: (210) 495-6790

**ATTORNEY FOR PLAINTIFFS**

And

*/s/ R. Tate Gorman*
Roger D. Higgins
State Bar No. 9601500
R. Tate Gorman
State Bar No. 24032360

Thompson, Coe, Cousins & Irons, LLP
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas  75201-2832
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
rhiggins@thompsoncoe.com
tgorman@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

This is to certify that on July 25, 2018, a copy of this document was served to all Counsel of Record via electronic notice and/or certified mail, return receipt requested to:

Shelly Calhoun
CALHOUN LAW FIRM
1350 North Loop 1604 East, Suite 104
San Antonio, Texas 78232
Telephone: (210) 863-5534

T. Cass Keramidas
State Bar No. 24027101
T. CASS KERAMIDAS, P.C.
801 E. Campbell Rd., Suite 355
Richardson, Texas 75081

*/s/ R. Tate Gorman*
R. Tate Gorman